**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| CHAZAR 410 HOLDINGS LLC | § § § | CASE NO. 21-42132-11 |
| DEBTOR | § § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to bankruptcy Rules 9010, 9007 and 2002, Rejesh B. Bhakta, a creditor and interested party in the above-referenced case, enters its appearance in this case by and through the undersigned attorney and requests that it receive notices of all meetings, hearings, motions, applications, pleadings, complaints, memoranda, briefs or trials which are brought before the Court in this case, including but not limited to CONTESTED and NON-CONTESTED matters and ADVERSARY PROCEEDINGS. Notices should be sent to:

MORRIS E. "TREY" WHITE III
Villa & White, LLP
1100 NW Loop 410 #802
San Antonio, Texas 78213

and

Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP (Texas/Georgia
4004 Beltline Road, Suite 100
Addison, Texas 75001
Direct: (512) 219-1828
Mobile: (512) 947-6476
SteveT@BDFGroup.com

Respectfully submitted,

/s/ SteveTurner
Steve Turner
Barrett Daffin Frappier Turner & Engel, LLP (Texas/Georgia
4004 Beltline Road, Suite 100
Addison, Texas 75001
Direct: (512) 219-1828
SteveT@BDFGroup.com

**Attorney for Rejesh B. Bhakta**

### CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2021, a true and correct copy of the Notice of Appearance, was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties listed on the attached list.

/s/   Steve Turner
Steve Turner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 21-42132-mxm11<br>Northern District of Texas<br>Ft. Worth<br>Thu Sep 16 12:36:49 CDT 2021 | Bexar County<br>112 E. Pecan St., Suite 2200<br>San Antonio, TX 78205-1588 | Chazar 410 Holdings, LLC<br>777 Main Street<br>Suite 600<br>Fort Worth, TX 76102-5368 |
| II C.B., L.P.<br>2825 Wilcrest Drive, Suite 120<br>Houston, TX 77042-3484 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Anil Bhaga<br>2907 W. Travis St.<br>San Antonio, TX 78207-3339 |
| Bexar County<br>PO Box 839950<br>San Antonio, TX 78283-3950 | Bexar County<br>c/o Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205-1588 | Burge Engineering<br>3453 N Pan American Expy,<br>Suite 201<br>San Antonio, TX 78219 |
| Chirawan Laosinchai<br>4264 B. Westlake Dr.<br>Austin, TX 78746 | Chirawan Laosinchai<br>c/o James G. Lay<br>4264 West Lake Drive<br>Austin, TX 78746-1454 | Ellis Management Company<br>d/b/a Ellis Equity Lending<br>2825 Wilcrest #300<br>Houston, TX 77042-3398 |
| GS Tax Loan Fund I, LLC<br>711 Navarro St. Ste 535<br>San Antonio, TX 78205-1746 | II C.B., L.P.<br>2825 Wilcrest #300<br>Houston, TX 77042-3398 | InTec Envirnmental Eng.<br>12028 Radium St.<br>San Antonio, TX 78216-2715 |
| James G. Lay<br>4264 West Lake Drive<br>Austin, TX 78746-1454 | June A. Mann, Counsel for II C.B., L.P.<br>Mann Law Firm PLLC<br>3104 Edloe St., Suite 201<br>Houston, TX 77027-6022 | Kevin Berry<br>242 W. Sunset Rd.<br>Suite 201<br>San Antonio, TX 78209-2610 |
| Kim Brown<br>1310 Ranch Road 620<br>Lakeway, TX 78734 | Mary G. Adams<br>PO Box 562<br>Pearsall, TX 78061-0562 | Mary G. Adams<br>PO Box 569<br>San Diego, TX 78384-0569 |
| Mary G. Adams, Independent Executor<br>Estate of Royal D. Adams (Deceased)<br>PO Box 562<br>Pearsall, TX 78061-0562 | Mary G. Adams, Independent Executor<br>Estate of Royal D. Adams (Deceased)<br>PO Box 569<br>San Diego, TX 78384-0569 | Michael Baucum<br>Baucum Law Firm PLLC<br>1100 N. W. Loop 801<br>San Antonio, TX 78201-4039 |
| Rajeshkumar R. Bhakta<br>2907 W. Travis St.<br>San Antonio, TX 78207-3339 | Ramesh Bhaga<br>2907 W. Travis St.<br>San Antonio, TX 78207-3339 | The Adams Children's Irrevocable Trust<br>PO Box 562<br>Pearsall, TX 78061-0562 |
| The Adams Children's Irrevocable Trust<br>PO Box 569<br>San Diego, TX 78384-0569 | UP Engineering<br>11903 Jones Maltsberger<br>Suite 102<br>San Antonio, TX 78216-2242 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |